```
1  David E. Kahn, Esq. (State Bar #098128)
   Office of the General Counsel
2  The University of Pennsylvania
   2929 Walnut Street, Suite 400
3  Philadelphia, PA 19103-5099
4  david.kahn@ogc.upenn.edu
   Telephone: 215-573-9644
5  Facsimile: 215-746-5222
   Attorney for Defendant, THE UNIVERSITY OF PENNSYLVANIA
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Non-Profit Corporation,<br><br>Defendant. | No. 3:17-cv-00382-EMC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR SETTLEMENT CONFERENCE** ; ORDER RESETTING CMC |

It is stipulated and agreed by the plaintiff University of California and the defendant University of Pennsylvania, through their respective counsel, that the time for completing the settlement conference with Judge Laporte may be extended from 90 days from the May 4, 2017 case management conference to 140 days from the May 4, 2017, case management conference. The current settlement conference date of June 29, 2017, conflicts with prior commitments of defendant's counsel, and Judge Laporte has a scheduled trial during the month of August, 2017, and therefore is not setting any settlement conferences in August. The extension of time is necessary for the date of September 7, 2017, which Judge Laporte has proposed as an available settlement conference date. Counsel for the parties have also been engaged in settlement discussions after the May 4, 2017 case management conference and anticipate continuing to do so

1

1  prior to the settlement conference with Judge Laporte.

DAVID E. KAHN, Attorney for
The Trustees of the University of
Pennsylvania

Dated: June 9, 2017

JOSHUA GOODMAN, Attorney for
The Regents of the University of California

Dated: June 9, 2017

ORDER

The Court having reviewed the stipulation and good cause appearing, the time for completion of the settlement conference is 140 days from the date of the May 4, 2017, case management conference. The 8/10/17 status conference is reset to 9/21/17 at 10:30 a.m.  An updated joint status report shall be filed by 9/14/17.

JUDGE EDWARD M. CHEN
United States District Court
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

David E. Kahn, Esq. (State Bar #098128)
Office of the General Counsel
The University of Pennsylvania
2929 Walnut Street, Suite 400
Philadelphia, PA 19103-5099
David.kahn@ogc.upenn.edu
Telephone: 215-573-9644
Facsimile: 215-746-5222
Attorney for Defendant, THE UNIVERSITY OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Non-Profit Corporation,<br><br>Defendant. | No. 3:17-cv-00382-EMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the date set forth below I served Stipulation and Proposed Order Extending Time for Settlement Conference by first class mail, postage prepaid, on the Complainant as follows:

_Linda Esposito_
Linda Esposito

Dated: June 9, 2017

3